United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

8
9
10
11
12
13
14
15
16

P.G.,

        Plaintiff,

      v.

ALAMEDA UNIFIED SCHOOL
DISTRICT,

        Defendant.

Case No. 21-cv-01529-EMC (LB)

**DISCOVERY ORDER**

Re: ECF No. 39

17

**DISCOVERY ORDER**

18      The parties submitted a discovery letter. The plaintiff requested an extension of discovery

19   deadlines and asked the defendant to produce certain settlement agreements that the plaintiff

20   previously requested through the California Public Records Act.[1] The defendant references

21   Requests for Production served on May 11, 2022.[2] The district judge referred all discovery matters

22   to a magistrate judge.[3] The court can address the issues without oral argument. N.D. Cal. Civ. L.

23   R. 7-1(b).

24
25
26

[1] Disc. Ltr. – ECF No. 39 at 2.

27   [2] *Id.* at 4.

28   [3] Order – ECF No. 34.

ORDER – No. 21-cv-01529-EMC (LB)

1      Any request to extend the discovery deadlines must be addressed to the trial judge. The

2  defendant must respond to the RFP to the extent the document requests were authorized by the

3  court's prior discovery order (ECF No. 38).

4  **IT IS SO ORDERED.**

5  Dated: May 13, 2022



LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California

ORDER – No. 21-cv-01529-EMC (LB)      2